RECEIVED
IN LAKE CHARLES, LA
JAN 24 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CECIL SIMMONS** | : | DOCKET NO. 2: 04 CV 1159 |
| VS. | : | JUDGE MINALDI |
| **JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY** | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

Having considered the Report and Recommendation of the Magistrate Judge filed previously herein, after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, for the reasons stated in the corresponding Memorandum Ruling by this court, having determined that additional evidence is necessary to determine whether the plaintiff is literate,

IT IS ORDERED that this matter be remanded for a determination of whether the plaintiff is literate and capable of sedentary work.

Lake Charles, Louisiana, this ___ day of January, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE